**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,** | ) ) ) ) | |
| vs. | ) | Civ.S-07-236 DFL DAD |
| **SUNBEAM PRODUCTS, INC., et al** | ) ) ) | **RECUSAL ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Levi ordered the following respect to the above-entitled action:

Upon examination of the above-captioned action, Judge Levi disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that Judge Levi recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: 02/08/2007

                                                  Victoria C. Minor,  Clerk
                                                  By:

                                                                 /s/
                                                _____
                                                H. A. Vine
                                                Courtroom Clerk