1 MATTHEW R. EASON  SBN 160148
KYLE K. TAMBORNINI SBN 160538
2 1819 K Street, Suite 200
Sacramento, CA  95814
3 Tel: (916) 438-1819
Fax: (916) 438-1820
4
Attorneys for Intervenors John Kelly and Lauren Kelly
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(Sacramento)**

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>                    Plaintiff<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., JARDEN CORPORATION; WALGREEN CO.<br><br>                    Defendants | Case No.:   2:07-cv-00236-LKK-DAD<br><br>Order Granting Ex Parte Application for Order Permitting Complaint in Intervention (By Stipulation) |

   IT IS ORDERED that John Kelly and Lauren Kelly may file a complaint in intervention in the above referenced matter.

Dated: July 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Ex Parte Application to Permit Complaint in Intervention