UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

        NO. CIV. S-07-236 LKK/DAD

    Plaintiff,

  v.

        O R D E R

SUNBEAM PRODUCTS, INC.;
JARDEN CORPORATION;
WALGREEN CO., and
DOES 1 through 100, inclusive,

    Defendants.
_____/

    Pursuant to the telephonic conference held on March 5, 2008, the scheduling order is hereby modified as follows:

    a.  All discovery shall be completed by September 5, 2008, with expert disclosure due 60 days prior;

    b.  All law and motion shall be completed by November 5, 2008;

    c.  The pretrial conference is continued to February 9, 2009 at 1:30; and

    d.  Trial, estimated for ten days, is continued to May 12, 2009.

1   IT IS SO ORDERED.
2   DATED: March 6, 2008.
3
4
5                               /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
6                               UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26