UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

        Plaintiff,

   v.

SUNBEAM PRODUCTS, INC.;
JARDEN CORPORATION;
WALGREEN CO., and
DOES 1 through 100, inclusive,

        Defendants.
_____/

NO. CIV. S-07-236 LKK/DAD

O R D E R

    Pursuant to the telephone conference held on November 6, 2008, the scheduling order is AMENDED as follows:

    1.   All discovery shall be conducted so as to be completed no later than February 28, 2009, with expert disclosure due 45 days prior;

    2.   All Law and Motion matters shall be filed so as to be heard no later than April 29, 2009;

    3.   The final pretrial conference is set for July 29, 2009 at 2:30 P.M.;

1

1    4.   The trial is estimated for eight days, and is set for
2         October 27, 2009.
3  IT IS SO ORDERED.
4  DATED: November 12, 2008.

                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT