|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| EASTERN DISTRICT OF CALIFORNIA | March 10, 2009 |
|  | CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

### JUDGMENT IN A CIVIL CASE

Nationwide Mutual Fire Insurance Company

                v.        CASE NUMBER: CIV S-07-0236 LKK DAD

Sunbeam Products, Inc. Et al

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICES OF ACCEPTANCE OF OFFER OF JUDGMENT FILED 3/2/2009 and 3/10/2009.**

                                                        Victoria C. Minor,
                                                        Clerk of the Court

ENTERED:    March 10, 2009

                                                        by:_/s/_NDDuong_____
                                                        NDDuong, Deputy Clerk